IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL YOUNES, LINDA YOUNES, MARGARITA YOUNES-HOLZ, and PAUL FORNEY,<br><br>Defendant. | CIVIL ACTION NO. 26-310<br><br>INDEX OF EVIDENCE |

Pursuant to NECivR 7.1(a)(2), Plaintiff submits the following evidentiary material in support of its Petition of the United States of America for Summary Enforcement of Civil Investigative Demands (CIDs) 25-689, 25-690, 25-691, and 25-943:

| Government Exhibit # | Document Name: |
|---|---|
| Ex. A | CID 25-689 |
| Ex. A-1 | CID 25-689, Verified Return of Service |
| Ex. B | CID 25-690 |
| Ex. B-1 | CID 25-690, Verified Return of Service |
| Ex. C | CID 25-691 |
| Ex. C-1 | CID 25-691, Verified Return of Service |
| Ex. D | 2025.7.8 Email to Counsel Attaching CIDs / Presentation Offer |
| Ex. E | 2025.7.22 Email Chain Re: Voluntary Interviews & Testimony |
| Ex. F | 2025.8.15 Email Re: 5th Amendment Testimony Dates |
| Ex. G | 2025.9.3 Email Re: AOC Defense & Waiver |
| Ex. H | 2025.9.17 Email Re: Scope of Waiver |

| Ex. K | 2025.11.03 Email Re: Schedule for Younes Witnesses |
| Ex. L | 2025.11.13 Email Re: Scheduling Forney Testimony |
| Ex. M | 2025.11.21 Email Re: Sworn Testimony |
| Ex. N | 2025.11.26 Letter Re: Close Investigation |
| Ex. O | 2025.12.08 Letter from Fraser Stryker |
| Ex. P | 2025.12.11 Letter from USA to Fraser Stryker |
| Ex. Q | 2026.6.02-15 Email to Fraser Stryker |
| Ex. R | 2026.6.15-17 Email Chain Re: Parties Disagreement |
| Ex. S | 2026.6.22-24 Email: Request to Meet and Confer |
| Ex. T | 2026.6.25 Email from USA to Counsel |
| Ex. U | 2026.6.29 Email from Younes Witnesses |
| Ex. V | 2025.12.2 USA Correspondence |

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

LESLEY A. WOODS
United States Attorney
District of Nebraska

/s Shereece Dendy-Sanders
SHEREECE DENDY-SANDERS, #24638
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
Telephone Number: (402) 661-3700
Fax Number: (402) 661-3081
Email: shereece.dendy-sanders@usdoj.gov

2

Jamie A. Yavelberg
Patrick M. Klein
Margaret Paige Ammons (DC Bar #1001493)
Attorneys,
Civil Division, U.S. Department of Justice
P.O. Box 261
Washington, DC 20044
202-436-6818
Paige.Ammons@usdoj.gov

3