GOVERNMENT EXHIBIT

A-1

## VERIFIED RETURN OF SERVICE

I, MARGARET MARTINEZ, an employee of the United States working under the direction and supervision of attorney Paige Ammons in connection with a false claims law investigation, hereby certify that at the time of 1:15 PM on the 8th day of July, 2025, I personally served Civil Investigative Demand No. 25-689 on

Paul J. Younes by delivering an executed copy of such Demand at:

6 21st Ave Place
Kearney, NE 68845

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of July, 2025.

Signature _Margaret Martinez_

Title _Legal Assistant_

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

9589 0710 5270 3178 0156 68

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required
☐ Adult Signature Restricted I

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Paul J. Younes
6 21st Avenue Place
Kearney, NE 68845

Street and Apt. No., or PC

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions