## VERIFIED RETURN OF SERVICE

I, *Margaret Martinez*, an employee of the United States working under the direction and supervision of attorney Paige Ammons in connection with a false claims law investigation, hereby certify that at the time of *1:30 pm*, on the *8th* day of *July*, 2025, I personally served Civil Investigative Demand No. 25-690 on *Linda Younes* by delivering an executed copy of such Demand **at:**

*6 21st Avenue Place*
*Kearney, NE 68845*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this *8th* day of *July*, 2025.

Signature *Margaret Martinez*

Title *Legal Assistant*

9589 0710 5270 3178 0156 75

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delive. | |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark Here

Sent To Linda Younes
Street and Apt No., or PO Box. 6 21st Avenue Place
City, State, ZIP+4® Kearney, NE 68845

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**GOVERNMENT EXHIBIT**

**B-1**