## CIVIL INVESTIGATIVE DEMAND

# United States Department of Justice
**Washington, D.C. 20530**

TO:    Margarita Younes Holz                          Civil Investigative
       12 21st Avenue Place                           Demand No. 25-691
       Kearney, NE 68845

This Civil Investigative Demand is issued pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, in the course of a False Claims Act investigation to determine whether there is or has been a violation of 31 U.S.C. § 3729. The False Claims Act investigation concerns the submission of applications for loans under the Paycheck Protection Program ("PPP") of the Coronavirus Aid, Relief, and Economic Security ("CARES") Act by Younes Hospitality Inc. and related entities and whether those applicants were eligible for PPP loans and forgiveness. Individuals, including you, may be liable for this conduct.

This Demand requires you to provide oral testimony to the Federal Government. This is the original of the Demand; no copies have been served on other parties. The information and documents provided in response to this Demand may be shared, used, and disclosed as provided by 31 U.S.C. § 3733.

### Oral Testimony:

You are required by this Demand to give oral testimony under oath, on July 17, 2025, at 10:00 am, at the United States Attorney's Office for the District of Nebraska, 1620 Dodge Street, Suite 1400, Omaha, NE, 68102-1506 or at another time or location to be mutually agreed upon by you and the False Claims Act custodian. The testimony will be taken stenographically and also may be recorded audio-visually.

U.S. Department of Justice Trial Attorney Paige Ammons and Assistant United States Attorney Shereece Dendy-Sanders, or another False Claims Act investigator, will conduct the examination. Ms. Ammons may be contacted at Paige.Ammons@usdoj.gov, and Ms. Dendy-Sanders may be contacted at Shereece.Dendy-Sanders@usdoj.gov. The custodians to whom the transcript of the deposition will be delivered are Ms. Ammons and Ms. Dendy-Sanders.

Your attendance and testimony at the oral examination are necessary to the conduct of the False Claims Act investigation described above. You have the right to be accompanied by an attorney and any other personal representative at the oral examination.

The general purpose for which this Civil Investigative Demand is issued is to discover your knowledge concerning Younes Hospitality Inc. and related entities ("Younes Entities," listed in Attachment A) and their eligibility for PPP loans and forgiveness. The primary areas of inquiry are the current and past ownership and operations of the Younes Entities, Mr. Paul

GOVERNMENT EXHIBIT

C

-2-

Younes' guilty plea and probationary status, the Younes Entities' applications for PPP loans and related process, and the eligibility of the Younes Entities for PPP loans and forgiveness.

Issued at Washington, DC, this __7th__ day of ___July___, 2025.

JAMIE ANN YAVELBERG
Digitally signed by JAMIE ANN YAVELBERG
Date: 2025.07.07 10:30:57 -04'00'

Jamie Ann Yavelberg
Director
Commercial Litigation Branch

## <u>VERIFIED RETURN OF SERVICE</u>

I,_____, an employee of the United States working under the direction and supervision of attorney Paige Ammons in connection with a false claims law investigation, hereby certify that at the time of _____, on the_____day of _____, 2025, I personally served Civil Investigative Demand No. 25-691 on _____, by delivering an executed copy of such Demand at:

_____

_____

_____

.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this _____day of _____, 2025.

Signature_____

Title_____

**ATTACHMENT A**
**List of Younes Entities**

1.  Younes Hospitality Inc.
2.  Fremont Hotels Inc.
3.  GI Hospitality Inc.
4.  GICS Hospitality Inc.
5.  Hastings Hospitality Inc.
6.  HIC Express Inc.
7.  KCS Hospitality Inc.
8.  Kearney Express Inc.
9.  Kearney Hospitality Inc.
10. Kearney Investment Corporation
11. Mid Plains Hospitality Inc.
12. NMN Express Inc.
13. Norfolk Hospitality Inc.
14. Talmadge Properties Inc.
15. WIN Investments Inc.
16. Paul Younes Sole Proprietorship
17. Younes Conference Center LLC