GOVERNMENT EXHIBIT

C-1

## VERIFIED RETURN OF SERVICE

I, MARGARET MARTINEZ, an employee of the United States working under the direction and supervision of attorney Paige Ammons in connection with a false claims law investigation, hereby certify that at the time of 1:45 PM on the 8th day of July, 2025, I personally served Civil Investigative Demand No. 25-691 on Margarita Younes Holz, by delivering an executed copy of such Demand at:

12 31st Avenue Place
Kearney, NE 68845

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of July, 2025.

Signature Margaret Martinez

Title Legal Assistant

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery    $ _____
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery    $ _____
Postmark Here
Postage
$
Total Postage and Fees
$
Sent To

Street and Apt. No., or PO Box

City, State, ZIP+4®

Margarita Younes Holz
12 21st Avenue Place
Kearney, NE 68845

9589 0710 5270 3178 0156 20

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions