**From:** Ammons, Paige P (CIV)
**To:** Duffy, Michael; Paul Forney
**Cc:** Dendy-Sanders, Shereece (USANE)
**Subject:** RE: Younes Hospitality - Dept of Justice Investigation
**Date:** Tuesday, July 8, 2025 4:14:00 PM
**Attachments:** 25-690 CID for Testimony to Linda Younes.pdf
25-691 CID for Testimony to Margarita Younes Holz.pdf
25-689 CID for Testimony to Paul J. Younes.pdf

Michael,

Thanks for letting us know.  Let's plan to do July 23 at 10 am CST at the US Attorney's Office in Omaha.  I will send an invite shortly.  We will present the same presentation that we showed Mr. Forney in January, which has some documents in it.  We can consider doing a more detailed presentation after we take testimony from Mr. Younes, Mrs. Younes, and Ms. Holz.   To that end, I am attaching courtesy copies of the CIDs for testimony for all three individuals, which we sent via certified mail today.

Thanks,

Paige

Paige Ammons
(202) 307-0198

**From:** Duffy, Michael <mduffy@FraserStryker.com>
**Sent:** Tuesday, July 8, 2025 12:36 PM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Paul Forney <paul@forneylawfirm.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] Re: Younes Hospitality - Dept of Justice Investigation

Thanks, Paige. I thought I would be available for the Friday time, but I have a family conflict that day. I am available on 7/23 and 7/25. Do have any time slots available those days? Thank you.

Michael B. Duffy

mduffy@fraserstryker.com

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Wednesday, July 2, 2025 11:02:49 AM
**To:** Paul Forney <paul@forneylawfirm.com>; Michael Duffy <mduffy@fraserstryker.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] RE: Younes Hospitality - Dept of Justice Investigation

Thanks for your time today.  Shereece and I can be available on Thursday, July 17 at 10 am central time or Friday, July 18 at 10 am central time at her office to present some of the

GOVERNMENT
EXHIBIT

D

documents that we described on today's call.  Would either of those times work for you?

Thanks,
Paige

Paige Ammons
(202) 307-0198

---

**From:** Paul Forney <paul@forneylawfirm.com>
**Sent:** Monday, June 30, 2025 3:32 PM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Cc:** Michael Duffy <mduffy@fraserstryker.com>; Laura Katz <lkatz@fraserstryker.com>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] Re: Younes Hospitality - Dept of Justice Investigation

That works for me . Paul
Sent from my iPhone


> On Jun 30, 2025, at 1:00 PM, Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov> wrote:


10 am Central Time on Wednesday works for me and Shereece.  I will send a teams invite.

Thanks,
Paige

Paige Ammons
(202) 307-0198

---

**From:** Duffy, Michael <mduffy@FraserStryker.com>
**Sent:** Monday, June 30, 2025 11:51 AM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Katz, Laura <lkatz@FraserStryker.com>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Cc:** Paul Forney <paul@forneylawfirm.com>
**Subject:** [EXTERNAL] RE: Younes Hospitality - Dept of Justice Investigation

Sorry for the delay – I was tied up last week. I am generally available on Wednesday and Thursday this week. Are there any times that work for you those days?

Thank you.

**Michael B. Duffy**
Attorney

**DIRECT:** 402.978.5332    **CELL:** 205.422.6090

**EMAIL:** mduffy@fraserstryker.com    Visit my bio



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Wednesday, June 25, 2025 9:09 AM
**To:** Katz, Laura <lkatz@FraserStryker.com>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Cc:** Paul Forney <paul@forneylawfirm.com>; Duffy, Michael <mduffy@FraserStryker.com>
**Subject:** [EXTERNAL] RE: Younes Hospitality - Dept of Justice Investigation

Michael,

Thank you for your letter.  Regarding your request for a phone call,  Shereece and I are available today or tomorrow until 4:30 CST, and Friday morning until 12:30 CST.  Let us know if anything in those windows works for you, and I can send a teams invite.

Thanks,
Paige

Paige Ammons
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch, Fraud Section
175 N Street, NE
Room 10.1808
Washington, DC 20002
Tel: (202) 307-0198

**From:** Katz, Laura <lkatz@FraserStryker.com>

Attached please find correspondence from Michael Duffy regarding the above matter.


Thank you,


**Laura E. Katz**   she/her

Legal Administrative Assistant

**DIRECT:** 402.978.5243

**EMAIL:** lkatz@fraserstryker.com



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.