| | |
|---|---|
| **From:** | Duffy, Michael |
| **To:** | Ammons, Paige P (CIV) |
| **Cc:** | Dendy-Sanders, Shereece (USANE); Paul Forney |
| **Subject:** | [EXTERNAL] RE: Younes Hospitality - Dept of Justice Investigation |
| **Date:** | Tuesday, July 22, 2025 10:53:28 AM |

Paige –

Our response to your email is as follows:

1. **Disclosure of Documents/Information**: We are not asserting that DOJ is required or obligated to provide us with discovery prior to filing a lawsuit. We are requesting that DOJ provide us with something similar to a "reverse proffer" or pre-suit discovery. The basis for this request is that we are working in good faith to negotiate a settlement. But we cannot advise our clients as to the appropriate resolution without a full understanding of the case. In short, we have asked for pre-suit discovery to facilitate a settlement. We understand DOJ has declined to do so.

2. **Lack of Eligibility**: If you are not willing to share pre-suit discovery that supports the Government's assertion that our clients were not eligible, then I have no basis to advise my clients that they have engaged in wrongdoing. Again, it appears that our clients used legal means to allow the company to apply for and obtain the funds. Without more information from the Government, then I am unable to advise my clients to resolve this matter prior to full and complete discovery. Again, we understand DOJ is declining to provide this information.

3. **Depositions**: At this time, my clients intend to answer any question that is asked with the assertion of the Fifth Amendment. Although you are not required to accept this blanket assertion, we believe your refusal to do so is unreasonable. This is particularly problematic since DOJ is refusing to provide pre-suit discovery in advance of the depositions, as well as our willingness to consider making them available on a voluntarily basis provided that full and complete discovery is made available. Moreover, if pre-suit discovery was available, then their depositions might not even be necessary as that would likely facilitate a negotiated resolution. We would request that you reconsider your refusal to accept our clients blanket assertion of the Fifth Amendment.

4. **Schedule**: If you insist to depose them at this time, then we will provide you with dates when we are available. I am scheduled to be in trial the week of August 11, so those dates do not work.

5. **Meeting**: Based on DOJ's current position, we do not think a meeting limited to the information provided previously to Paul Forney is productive and therefore decline to

GOVERNMENT EXHIBIT

E

attend.

6. **<u>Contact with our clients</u>**: Our clients received notices for their depositions from DOJ directly in addition to the notices provided to their attorneys. We assume that the direct contact from DOJ was inadvertent since DOJ is fully aware that they are represented by counsel. Please direct all communications about this matter to me and Paul Forney.

Thank you.

**Michael B. Duffy**
Attorney

**DIRECT**: 402.978.5332    **CELL**: 205.422.6090

**EMAIL**: mduffy@fraserstryker.com    <u>Visit my bio</u>



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Tuesday, July 22, 2025 9:05 AM
**To:** Duffy, Michael <mduffy@FraserStryker.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>; Paul Forney <paul@forneylawfirm.com>
**Subject:** [EXTERNAL] RE: Younes Hospitality - Dept of Justice Investigation

Michael,

Under the CID provisions of the False Claims Act at 31 U.S.C. § 3733, we have no obligation to provide discovery to CID recipients prior to taking their testimony. If your clients intend to assert their 5th Amendment right against self-incrimination, they must still appear for testimony and make the assertion specifically question-by-question. Please confirm whether your clients are available on the following dates:

- Mrs. Linda Younes on August 11 at 10 am CT;
- Ms. Margarita Younes Holz on August 12 at 10 am CT; and
- Mr. Paul Younes on August 14 at 10 am CT.

Regarding your point about having difficulty seeing your clients' wrongdoing, we will reiterate that our focus is on your clients' lack of eligibility for PPP loans. Nothing you raised in your email – use of the funds, the fact that your clients kept employees on

payroll during the pandemic – addresses eligibility.  We are happy to present the slides that cover this topic on July 23 as planned, but let us know if you would prefer to drop that date.

Thanks,
Paige

Paige Ammons
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch, Fraud Section
175 N Street, NE
Room 10.1808
Washington, DC 20002
Tel: (202) 307-0198

---

**From:** Duffy, Michael <mduffy@FraserStryker.com>
**Sent:** Monday, July 14, 2025 4:11 PM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>; Paul Forney <paul@forneylawfirm.com>
**Subject:** [EXTERNAL] RE: Younes Hospitality - Dept of Justice Investigation

Paige –

Thanks for agreeing to move the meeting. Our intention is to try and resolve this short of litigation. As such, it is our position that we would like as much information that shows liability on the part of our clients. Although I would appreciate seeing the presentation previously shown to Paul, I think it would facilitate negotiations to have a better understanding as to the evidence that supports the government's position that this is an egregious case and/or that the ownership change was a sham transaction. From what we have seen, our clients used legal means to avail themselves of a beneficial government program and all the funds were properly spent. More importantly, our clients did not terminate any employees – something that would likely not be possible but for the PPP funds. This was, as you know, the purpose of the funds.

We therefore have difficulty in explaining to our clients their liability. Since our clients will be able to view the evidence of potential wrongdoing in discovery, it seems unnecessary to hold this back until litigation is brought. Again, we do not expect copies, but at the very least would like to see the presentation include the evidence that

indicates liability beyond what you have already provided to Paul. We respectfully ask that you reconsider your position on this.

Likewise, we cannot agree to make our clients available for deposition under different circumstances than their deposition would be if litigation is filed. First, we are in good faith seeking to agree on a resolution. Preparing for and defending three depositions is expensive and therefore counterproductive to our clients' desire to resolve this in a timely and efficient manner. Second, to the extent you are demanding that they testify pursuant the CID without disclosure of the information that we believe is necessary to prepare, then you leave our clients no choice but to assert the 5th at this time. We would like to avoid doing so and instead work towards a resolution.

We understand that you see this case differently from us. We are working to find a way to bring our respective views closer in order to agree on a settlement. In our view, that requires more information than you have disclosed thus far. Additionally, we do not believe we are effectively representing the interests of our clients without being able to fully prepare them for interviews or depositions. We would like to avoid litigation. But if the government is not willing to provide essentially the same information as we would receive in discovery, then we would likely be at an impasse.

Thank you for your consideration.

**Michael B. Duffy**
Attorney

**DIRECT**: 402.978.5332   **CELL**: 205.422.6090

**EMAIL**: mduffy@fraserstryker.com     Visit my bio

Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Monday, July 14, 2025 8:33 AM
**To:** Duffy, Michael <mduffy@FraserStryker.com>; Paul Forney <paul@forneylawfirm.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] RE: Younes Hospitality - Dept of Justice Investigation

Michael,

Following up on the CIDs we sent last week, we would like to schedule the testimony as follows:

- Mrs. Linda Younes on July 23, after our meeting;
- Mrs. Margarita Younes Holz on August 12; and
- Mr. Paul Younes on August 14.

As stated in the CIDs, the testimony will be held at the US Attorney's Office in Omaha, and will be stenographically recorded.  We would start Mrs. Younes' testimony at 11 am CST (after our meeting), and 10 am CST for Mrs. Holz and Mr. Younes.  Please confirm whether the witnesses are available on those dates.

Thanks,
Paige

Paige Ammons
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch, Fraud Section
175 N Street, NE
Room 10.1808
Washington, DC 20002
Tel: (202) 307-0198

---

**From:** Ammons, Paige P (CIV)
**Sent:** Tuesday, July 8, 2025 4:14 PM
**To:** Duffy, Michael <mduffy@FraserStryker.com>; Paul Forney <paul@forneylawfirm.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** RE: Younes Hospitality - Dept of Justice Investigation

Michael,

Thanks for letting us know.  Let's plan to do July 23 at 10 am CST at the US Attorney's Office in Omaha.  I will send an invite shortly.  We will present the same presentation that we showed Mr. Forney in January, which has some documents in it.  We can consider doing a more detailed presentation after we take testimony from Mr. Younes, Mrs. Younes, and Ms. Holz.   To that end, I am attaching courtesy copies of the CIDs for testimony for all three individuals, which we sent via certified mail today.

Thanks,
Paige

Paige Ammons

(202) 307-0198

---

**From:** Duffy, Michael <mduffy@FraserStryker.com>
**Sent:** Tuesday, July 8, 2025 12:36 PM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Paul Forney <paul@forneylawfirm.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] Re: Younes Hospitality - Dept of Justice Investigation

Thanks, Paige. I thought I would be available for the Friday time, but I have a family conflict that day. I am available on 7/23 and 7/25. Do have any time slots available those days? Thank you.

Michael B. Duffy
mduffy@fraserstryker.com

---

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Wednesday, July 2, 2025 11:02:49 AM
**To:** Paul Forney <paul@forneylawfirm.com>; Michael Duffy <mduffy@fraserstryker.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] RE: Younes Hospitality - Dept of Justice Investigation

Thanks for your time today.  Shereece and I can be available on Thursday, July 17 at 10 am central time or Friday, July 18 at 10 am central time at her office to present some of the documents that we described on today's call.  Would either of those times work for you?

Thanks,
Paige

Paige Ammons
(202) 307-0198

---

**From:** Paul Forney <paul@forneylawfirm.com>
**Sent:** Monday, June 30, 2025 3:32 PM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Cc:** Michael Duffy <mduffy@fraserstryker.com>; Laura Katz <lkatz@fraserstryker.com>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] Re: Younes Hospitality - Dept of Justice Investigation

That works for me . Paul
Sent from my iPhone

On Jun 30, 2025, at 1:00 PM, Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>

wrote:


10 am Central Time on Wednesday works for me and Shereece.  I will send a teams invite.


Thanks,

Paige


Paige Ammons

(202) 307-0198

**From:** Duffy, Michael <mduffy@FraserStryker.com>
**Sent:** Monday, June 30, 2025 11:51 AM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Katz, Laura <lkatz@FraserStryker.com>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Cc:** Paul Forney <paul@forneylawfirm.com>
**Subject:** [EXTERNAL] RE: Younes Hospitality - Dept of Justice Investigation

Sorry for the delay – I was tied up last week. I am generally available on Wednesday and Thursday this week. Are there any times that work for you those days?

Thank you.

**Michael B. Duffy**
Attorney

**DIRECT:** 402.978.5332    **CELL:** 205.422.6090

**EMAIL:** mduffy@fraserstryker.com    Visit my bio

Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Wednesday, June 25, 2025 9:09 AM
**To:** Katz, Laura <lkatz@FraserStryker.com>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Cc:** Paul Forney <paul@forneylawfirm.com>; Duffy, Michael <mduffy@FraserStryker.com>

**Subject:** [EXTERNAL] RE: Younes Hospitality - Dept of Justice Investigation

Michael,

Thank you for your letter.  Regarding your request for a phone call,  Shereece and I are available today or tomorrow until 4:30 CST, and Friday morning until 12:30 CST.  Let us know if anything in those windows works for you, and I can send a teams invite.

Thanks,
Paige

Paige Ammons
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch, Fraud Section
175 N Street, NE
Room 10.1808
Washington, DC 20002
Tel: (202) 307-0198

---

**From:** Katz, Laura <lkatz@FraserStryker.com>
**Sent:** Tuesday, June 17, 2025 10:42 AM
**To:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>; Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Cc:** Paul Forney <paul@forneylawfirm.com>; Duffy, Michael <mduffy@FraserStryker.com>
**Subject:** [EXTERNAL] Younes Hospitality - Dept of Justice Investigation

Attached please find correspondence from Michael Duffy regarding the above matter.

Thank you,

**Laura E. Katz**   she/her
Legal Administrative Assistant
**DIRECT:** 402.978.5243
**EMAIL:** lkatz@fraserstryker.com



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.