| | |
|---|---|
| **From:** | Dendy-Sanders, Shereece (USANE) |
| **To:** | Duffy, Michael; Ammons, Paige P (CIV) |
| **Cc:** | Mickelson, Heidi |
| **Subject:** | RE: Paul Forney"s Production |
| **Date:** | Wednesday, September 3, 2025 1:14:14 PM |

Mr. Duffy,

In light of your representation that Mr. Younes and his businesses intend to assert the advice of counsel defense, we will postpone the testimony of Mrs. Younes and Mr. Younes.  Please provide us with available dates in October.  We understand your email to mean that they will testify substantively at that point.  Please let us know if that is incorrect.  Regarding the scope of the waiver, we think it makes sense to have a short call to discuss.  Are you available tomorrow or Friday?

Sincerely,

*Shereece Dendy-Sanders*
**Assistant United States Attorney**
**District of Nebraska, Civil Division**
United States Attorney's Office
District of Nebraska
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
**Office:** 402.661.3700 | **direct:** 402.661.3736
**fax:** 402.661.3081 | **email:** shereece.dendy-sanders@usdoj.gov

**From:** Duffy, Michael <mduffy@FraserStryker.com>
**Sent:** Tuesday, September 2, 2025 3:32 PM
**To:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>; Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Cc:** Mickelson, Heidi <hmickelson@fraserstryker.com>
**Subject:** [EXTERNAL] RE: Paul Forney's Production

Good afternoon –

Thank you for the documents. We are working to download them now. We are also working on gathering the additional information we discussed at our meet and confer. We will update you soon as we move through our list of items.

I also wanted to advise you that we interviewed Attorney Luke Simpson. Based on the information he provided, we do intend to assert an advice of counsel defense. First, both my clients and Mr. Simpson will agree to waive privilege in order to assert this defense.

Second, we believe Mr. Simpson would provide information that shows that the issue of Paul Younes' PPP eligibility was raised to him in his capacity as their attorney; that Mr. Simpson

GOVERNMENT EXHIBIT

G

believed it was a legitimate transaction to change the ownership of the company for purposes of applying for the loan; that he sought another lawyer's advice on whether the change in ownership was proper; that he prepared and executed documents to facilitate the change in ownership, and that he was unaware of the application of SBA regulations to the transaction. If you would like to interview Mr. Simpson and/or request records from him, then please let me know.

Thirdly, given this defense, I would ask that DOJ consider postponing the depositions of my clients. Assuming DOJ accepts this as a valid defense, it would appear that the depositions may not be needed at all. Please let us know how you would like to proceed.

Finally, if DOJ does want to proceed with the depositions on September 4, then we will make Paul and Linda available as previously discussed. With regard to Maggie, she and I are not available in September. We would need to look at days in October. But she is available on the morning of September 5, assuming Paul's deposition does not go over into that time.

Thank you.

**Michael B. Duffy**
Attorney

**DIRECT**: 402.978.5332    **CELL**: 205.422.6090

**EMAIL**: mduffy@fraserstryker.com    Visit my bio



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Sent:** Tuesday, September 2, 2025 10:31 AM
**To:** Duffy, Michael <mduffy@FraserStryker.com>
**Cc:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Subject:** [EXTERNAL] Paul Forney's Production

Mr. Duffy,

As you requested in our call on 8/21, we are willing to provide you with our electronic version of the productions received by Paul Forney. You will be sent an email inviting you to set up an account with USAFx. You will then be able to access a folder titled, Paul Forney Production. Please note that we received 3 productions from Mr. Forney; 1) 2 exhibit boxes containing various documents, 2) exhibits in response to CIDs 24-121 and 24-122, and 3) USAFx file share with email attachments. Let me know if you have trouble accessing USAFx.

Sincerely,

*Shereece Dendy-Sanders*
**Assistant United States Attorney**
**District of Nebraska, Civil Division**
United States Attorney's Office
District of Nebraska
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
**Office:** 402.661.3700 | **direct:** 402.661.3736
**fax:** 402.661.3081 | **email:** shereece.dendy-sanders@usdoj.gov