| | |
|---|---|
| **From:** | Ammons, Paige P (CIV) |
| **To:** | Duffy, Michael; Dendy-Sanders, Shereece (USANE) |
| **Cc:** | Mickelson, Heidi; Katz, Laura |
| **Subject:** | RE: Interviews |
| **Date:** | Wednesday, September 17, 2025 2:37:00 PM |

Mr. Duffy,

Thanks for confirming the scope of the waiver.

1. <u>Luke Simpson</u>.  We would like to schedule his testimony for early October.  Is there a date that works for both of you?  Thank you for accepting service of the CID on his behalf.  Do you expect to produce more documents from Mr. Simpson beyond what you produced on Friday?
2. <u>Mindy Oman</u>.  Yes, we can set her virtual interview for 9/24, starting at 9 am CST.  We will send an invite with a teams link shortly.  Also, could you provide the attachments to OMAN 0073?
3. <u>Paul, Linda, and Maggie</u>.  We can hold October 20 and 21 for Paul, Linda and Maggie.  We are fine with conferring about the format after Mr. Simpson's testimony.

Thanks,
Paige

**Paige Ammons | ** Trial Attorney
Civil Fraud Section, U.S. Department of Justice
(202) 307-0198 | 175 N St. NE, Washington, DC 20002

---

**From:** Duffy, Michael <mduffy@FraserStryker.com>
**Sent:** Tuesday, September 16, 2025 12:49 PM
**To:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>; Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Cc:** Mickelson, Heidi <hmickelson@fraserstryker.com>; Katz, Laura <lkatz@FraserStryker.com>
**Subject:** [EXTERNAL] RE: Interviews

The email description below accurately memorializes the scope of our clients' waiver.

1. <u>Luke Simpson deposition</u>: He will voluntarily appear for a deposition. I will accept service of the CID. It appears from your other emails that you wanted to schedule him for a different date than 9/24. Please advise if you want to set up dates for his deposition. Also, we expect Luke Simpson to testify that he contacted Paul Forney for

GOVERNMENT EXHIBIT

H

legal advice on the loan/ownership issue.

2. <u>Mindy Oman virtual interview</u>: Based on my current schedule, this would likely work best for me on 9/24, assuming we are not deposing Luke on 9/24. Please confirm that the morning of 9/24 will be set for her virtual interview.

3. <u>Linda, Paul, and Maggie</u>: They are available for voluntary interviews on October 20 and 21. We will hold these dates for now. As I mentioned in our call, we do not believe depositions are necessary for interviews focused on DOJ's evaluation of the advice of counsel defense. We agree to meet and confer on this issue following the deposition of Luke Simpson.

Thank you.

Thank you.

**Michael B. Duffy**
Attorney

**DIRECT**: 402.978.5332    **CELL**: 205.422.6090

**EMAIL**: mduffy@fraserstryker.com    Visit my bio

Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Sent:** Monday, September 8, 2025 8:50 AM
**To:** Duffy, Michael <mduffy@FraserStryker.com>; Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Cc:** Mickelson, Heidi <hmickelson@fraserstryker.com>
**Subject:** [EXTERNAL] RE: Interviews

Mr. Duffy,

Thank you for the call on Thursday, August 4th.

We write to confirm that Younes Hospitality, and any companies in which Mr. Paul Younes held any ownership interest in March 2020 (including but not limited to Fremont Hotels, GI Hospitality, GICS Hospitality, Hastings Hospitality, HIC Express, KCS Hospitality, Kearney Express, Kearney Investment Corp., Mid-Plains Hospitality, NMN Express, Norfolk Hospitality, Talmadge Properties, WIN Investments, Kearney Hospitality, Younes Conference Center)

(collectively, "Younes Businesses"), Mr. Paul Younes, Mrs. Linda Younes, and Ms. Margarita Younes-Holz (collectively, "Younes Individuals") are waiving the attorney-client privilege and work-product privilege related to all legal advice sought or received concerning the Younes Businesses' and/or the Younes Individuals' eligibility for PPP loans from March 1, 2020 to February 14, 2024, including, but not limited to, the following loan numbers:

| |
|---|
| 4347177007 |
| 2051798308 |
| 4546987006 |
| 1895928305 |
| 4523037000 |
| 2339308300 |
| 4616297007 |
| 1577118303 |
| 4613667005 |
| 1591648310 or 1591548310 |
| 4514467009 |
| 2125088300 |
| 4556517009 |
| 2145968301 |
| 2153167802 |
| 2347898302 |
| 1812488103 |
| 2179968310 |
| 4514137004 |
| 2463258306 |
| 4553097008 |
| 2389628300 |
| 4554197005 |
| 1888828301 |
| 4550317007 |
| 1938288304 |
| 4558887008 |
| 2240338309 |
| 4550797000 |
| 5286718402 |

This waiver includes all documents and communications relating to seeking or receiving the legal advice, including but not limited to documents and communications in the custody and control of the Younes Businesses, the Younes Individuals, Mr. Luke Simpson, and any other attorneys consulted regarding the legal advice.  At your earliest convenience, please confirm

with us that this description accurately memorializes the scope of your clients' waiver.

Assuming we receive the productions in a timely manner, we can go forward with a virtual interview of Mindy Oman on 9/24. We intend to seek CID testimony of Mr. Simpson and any other attorney consulted regarding the legal advice. At this time, we need additional time to confirm these dates and will follow up later.

Sincerely,


*Shereece Dendy-Sanders*
**Assistant United States Attorney**
**District of Nebraska, Civil Division**
United States Attorney's Office
District of Nebraska
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
**Office:** 402.661.3700 | **direct:** 402.661.3736
**fax:** 402.661.3081 | **email:** shereece.dendy-sanders@usdoj.gov

---

**From:** Duffy, Michael <mduffy@FraserStryker.com>
**Sent:** Thursday, September 4, 2025 3:36 PM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Cc:** Mickelson, Heidi <hmickelson@fraserstryker.com>
**Subject:** [EXTERNAL] Interviews

Mindy Oman is available on the morning of 9/24 for an interview. Luke Simpson is available for his interview anytime on 9/25. I assume these will be conducted via video conference? Thank you.


**Michael B. Duffy**
Attorney

**DIRECT:** 402.978.5332    **CELL:** 205.422.6090

**EMAIL:** mduffy@fraserstryker.com    Visit my bio

Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.