| From: | Ammons, Paige P (CIV) |
|---|---|
| To: | Mickelson, Heidi; Dendy-Sanders, Shereece (USANE) |
| Cc: | Duffy, Michael; Baldridge, Alyssa; White, Lindsey |
| Subject: | RE: Simpson"s Testimony |
| Date: | Thursday, November 13, 2025 4:36:00 PM |
| Attachments: | image001.png |

Yes, December 19 at 9 am CST works for the government for Mr. Forney's testimony.

Regarding the documents from Mr. Simpson, could you also provide his law firm's invoices to Mr. Younes and his businesses during the time period?

Thanks,

Paige

**Paige Ammons |** Trial Attorney
Civil Fraud Section, U.S. Department of Justice
Office: (202) 307-0198 | Cell: (202) 436-6818
175 N St. NE, Washington, DC 20002



**From:** Mickelson, Heidi <hmickelson@fraserstryker.com>
**Sent:** Thursday, November 13, 2025 2:57 PM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Cc:** Duffy, Michael <mduffy@FraserStryker.com>; Baldridge, Alyssa <abaldridge@FraserStryker.com>; White, Lindsey <lwhite@FraserStryker.com>
**Subject:** [EXTERNAL] RE: Simpson's Testimony

Hello,

We are just following up on the below email. Please let us know if that date works for you.

Thank you,

**Heidi V. Mickelson**   she/her
Attorney

**DIRECT:** 402.978.5363



GOVERNMENT
EXHIBIT

L

**EMAIL:** hmickelson@fraserstryker.com    Visit my bio



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Duffy, Michael <mduffy@FraserStryker.com>
**Sent:** Friday, November 7, 2025 3:23 PM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Mickelson, Heidi <hmickelson@fraserstryker.com>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** Re: Simpson's Testimony

Mr. Forney and I are available for his deposition on December 19. Please let us know if that date works for the government.

Thank you.

Michael B. Duffy

mduffy@fraserstryker.com

---

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Wednesday, November 5, 2025 11:29:15 AM
**To:** Mickelson, Heidi <hmickelson@fraserstryker.com>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Cc:** Duffy, Michael <mduffy@FraserStryker.com>; Katz, Laura <lkatz@FraserStryker.com>
**Subject:** [EXTERNAL] RE: Simpson's Testimony

Thanks.  We are fine with an extension until November 11 for Mr. Simpson's production.

**Paige Ammons |** Trial Attorney
Civil Fraud Section, U.S. Department of Justice
Office: (202) 307-0198 | Cell: (202) 436-6818
175 N St. NE, Washington, DC 20002



**From:** Mickelson, Heidi <hmickelson@fraserstryker.com>
**Sent:** Tuesday, November 4, 2025 4:45 PM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Cc:** Duffy, Michael <mduffy@FraserStryker.com>; Katz, Laura <lkatz@FraserStryker.com>
**Subject:** [EXTERNAL] RE: Simpson's Testimony

Ms. Ammons and Ms. Dendy-Sanders,

I can confirm that we will accept service of the CID on Mr. Forney's behalf. We are meeting with him later this week to discuss deposition dates and any relevant documents he may be in possession of. We will follow up with you on those issues.

As to Mr. Simpson's supplemental production, we are requesting an extension to Tuesday, November 11. Mr. Simpson is working on getting everything to us by tomorrow and we would appreciate some time to review prior to producing the additional documents.

Thank you for your consideration regarding the extension.

Best,

**Heidi V. Mickelson**   she/her
Attorney

**DIRECT:** 402.978.5363

**EMAIL:** hmickelson@fraserstryker.com    Visit my bio



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Monday, November 3, 2025 5:16 PM
**To:** Mickelson, Heidi <hmickelson@fraserstryker.com>; Duffy, Michael <mduffy@FraserStryker.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>; Katz, Laura <lkatz@FraserStryker.com>
**Subject:** [EXTERNAL] RE: Simpson's Testimony

Thanks for the update about Mr. Simpson's production.

Regarding Mr. Younes, Mrs. Younes, and Ms. Younes-Holz, we are available on December 22 and 23.  Please hold those dates.

I am attaching a CID for Mr. Forney's testimony.  Please confirm that you are accepting service of this CID by email, and provide dates he is available to testify.  Also, does Mr. Forney have any relevant documents from the relevant time period?

Thank you,
Paige

**Paige Ammons | **Trial Attorney
Civil Fraud Section, U.S. Department of Justice
Office: (202) 307-0198 | Cell: (202) 436-6818
175 N St. NE, Washington, DC 20002



---

**From:** Mickelson, Heidi <hmickelson@fraserstryker.com>
**Sent:** Monday, October 27, 2025 5:53 PM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Duffy, Michael <mduffy@FraserStryker.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>; Katz, Laura <lkatz@FraserStryker.com>
**Subject:** [EXTERNAL] RE: Simpson's Testimony

Ms. Ammons and Ms. Dendy-Sanders,

We have noted the date of Mr. Simpson's testimony, and we will accept service of the CID on his behalf. We are also working on his supplemental document production and should have it to you by November 5.

Further, Mr. Younes, Mrs. Younes, and Ms. Younes-Holz can be available the dates of December 22 and 23. Please let us know if these dates are acceptable to hold.

We can confirm that we represent Mr. Forney with regard to this investigation.

Thank you,

**Heidi V. Mickelson**   she/her
Attorney

**DIRECT:** 402.978.5363

**EMAIL:** hmickelson@fraserstryker.com    Visit my bio



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Monday, October 27, 2025 1:37 PM
**To:** Duffy, Michael <mduffy@FraserStryker.com>; Mickelson, Heidi <hmickelson@fraserstryker.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] RE: Simpson's Testimony

Mr. Duffy,

Thank you for the dates.  We will take Mr. Simpson's testimony on November 20, starting at 10 am CST, in person at the US Attorney's Office in Omaha.  Please see attached CID, and confirm that you are accepting service of the CID on behalf of Mr. Simpson.

Let us know by the end of the day tomorrow whether you represent Mr. Forney in this investigation or not.

Thanks,
Paige

**Paige Ammons |** Trial Attorney
Civil Fraud Section, U.S. Department of Justice
Office: (202) 307-0198 | Cell: (202) 436-6818
175 N St. NE, Washington, DC 20002



**From:** Duffy, Michael <mduffy@FraserStryker.com>
**Sent:** Thursday, October 23, 2025 10:55 AM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Mickelson, Heidi
<hmickelson@fraserstryker.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] RE: Simpson's Testimony

Mr. Simpson and I are available on November 18 or 20. Please let us know if either of those
dates work for you.

Thank you.

**Michael B. Duffy**
Attorney

**DIRECT:** 402.978.5332    **CELL:** 205.422.6090

**EMAIL:** mduffy@fraserstryker.com    Visit my bio



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Thursday, October 9, 2025 2:17 PM
**To:** Mickelson, Heidi <hmickelson@fraserstryker.com>; Duffy, Michael
<mduffy@FraserStryker.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] Simpson's Testimony

Mr. Duffy and Ms. Mickelson,

Due to a number of factors, we need to push back the testimony of Mr. Simpson, Mr.
Younes, Mrs. Younes, and Ms. Younes-Holz.  Please provide dates in November.

Thanks,
Paige

**Paige Ammons |** Trial Attorney
Civil Fraud Section, U.S. Department of Justice
(202) 307-0198 | 175 N St. NE, Washington, DC 20002