**From:** Ammons, Paige P (CIV)
**To:** Duffy, Michael; hmickelson@fraserstryker.com
**Cc:** Dendy-Sanders, Shereece (USANE)
**Subject:** Younes
**Date:** Friday, November 21, 2025 3:09:00 PM
**Attachments:** image001.png

Mr. Duffy and Ms. Mickelson,

We have a few logistical issues to raise with you:

- Mr. Forney testimony and production: We plan to start Mr. Forney's testimony at 9 am CST at the Omaha USAO on December 19.  Let us know if that start time presents any issues on your end.  Please provide any relevant documents, including Mr. Forney's billing records and invoices to the Younes, by December 5.

- Mr. Younes, Mrs. Younes, and Ms. Younes-Holz testimony and productions: We intend to take your clients' sworn, transcribed testimony at the Omaha USAO pursuant to CIDs 25-689, 25-690, and 25-691, rather than informal interviews as you have previously requested.  We will start at 9 am on December 22 with Mrs. Younes, and begin with Mr. Younes on the afternoon of December 22, continue with him at 9 am on December 23, and then start with Ms. Younes-Holz on December 23 upon completion of Mr. Younes' testimony.  Please provide the updated responses to CIDs 24-121, 24-122, and 24-123, as we discussed in a call on August 21, by December 5 as well.

Thanks,
Paige

**Paige Ammons** | Trial Attorney
Civil Fraud Section, U.S. Department of Justice
Office: (202) 307-0198 | Cell: (202) 436-6818
175 N St. NE, Washington, DC 20002



**GOVERNMENT
EXHIBIT**

**M**