| | |
|---|---|
| **From:** | Ammons, Paige P (CIV) |
| **To:** | Duffy, Michael; Mickelson, Heidi |
| **Cc:** | Dendy-Sanders, Shereece (USANE) |
| **Subject:** | RE: Enforcement of CIDs 25-689, 25-690, 25-691, and 25-943 |
| **Date:** | Monday, June 15, 2026 11:05:40 AM |
| **Attachments:** | image001.png |

Mr. Duffy,

We have previously met and conferred extensively about our CIDs to your clients for oral testimony and our intent to seek judicial enforcement if your clients did not comply with the CIDs. On June 2, in a final effort to seek resolution of this matter without judicial intervention, we gave you a week to respond about scheduling a final meet and confer. You missed that deadline and waited three additional business days to respond. In that response, you proposed waiting two weeks until June 24 or 25 to meet and confer, without providing any explanation for missing the initial deadline or the proposed two week delay. We reject your offer to meet in late June. Please let us know by 5 pm EST today (June 15) whether you are available to meet today (June 15), tomorrow (June 16), or Wednesday (June 17). If you do not respond today, we will have satisfied our meet and confer obligations and will proceed accordingly.

**Paige Ammons |** Trial Attorney
Civil Fraud Section, U.S. Department of Justice
Office: (202) 307-0198 | Cell: (202) 436-6818
175 N St. NE, Washington, DC 20002



---

**From:** Duffy, Michael <mduffy@FraserStryker.com>
**Sent:** Friday, June 12, 2026 10:07 AM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Mickelson, Heidi <hmickelson@fraserstryker.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] Re: Enforcement of CIDs 25-689, 25-690, 25-691, and 25-943

June 24 and 25 are open for us . Thank you.

Get Outlook for iOS

---

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Tuesday, 02 June 2026 11:31:36
**To:** Duffy, Michael <mduffy@FraserStryker.com>; Mickelson, Heidi

**GOVERNMENT EXHIBIT**

**Q**

<hmickelson@fraserstryker.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] Enforcement of CIDs 25-689, 25-690, 25-691, and 25-943

Mr. Duffy and Ms. Mickelson,

Please let us know your availability by June 9, 2026 for another meet and confer regarding the government seeking judicial intervention to enforce CIDs 25-689, 25-690, 25-691, and 25-943 for oral testimony of your clients, Paul Younes, Linda Younes, Margarita Younes-Holz, and Paul Forney.

Thanks,
Paige

**Paige Ammons |** Trial Attorney
Civil Fraud Section, U.S. Department of Justice
Office: (202) 307-0198 | Cell: (202) 436-6818
175 N St. NE, Washington, DC 20002

