| | |
|---|---|
| **From:** | Ammons, Paige P (CIV) |
| **To:** | Mickelson, Heidi; Dendy-Sanders, Shereece (USANE) |
| **Cc:** | Duffy, Michael; White, Lindsey; Baldridge, Alyssa |
| **Subject:** | RE: Younes |
| **Date:** | Tuesday, December 2, 2025 3:08:00 PM |
| **Attachments:** | image001.png |

Mr. Duffy and Ms. Mickelson,

The Government respectfully declines your request to close the investigation.

Although we identified numerous inaccuracies and points of disagreement in your letter, for the purposes of moving forward, we highlight the key issues below:

1. Documents and Interrogatory Responses Pursuant to Civil Investigative Demands 24-121, 24-122, and 24-123:

   a. After you replaced Mr. Forney as counsel in this case, the Government raised with you several deficiencies with the prior productions: first on an initial phone call on July 1, 2025, again in several emails, in a letter dated August 15, 2025, and in a call on August 21, 2025. In that last call, you stated that your clients intended to address the production deficiencies. However, they have not yet done so, and your November 26, 2025 letter is unclear as to your clients' position regarding these documents and interrogatory responses. Please provide their supplemental productions by December 5, 2025 and if they do not intend to supplement, please provide their Certifications of Compliance.

2. Testimony Pursuant to Civil Investigative Demands 25-689, 25-690, 25-691:

   a. In January 2025, the Government first requested voluntary interviews with Mr. Paul Younes, Mrs. Linda Younes, and Mrs. Margarita Younes-Holz (collectively, the "Younes") from prior defense counsel. Both the prior counsel and you (once you replaced prior counsel) declined the voluntary interviews. The Government issued Civil Investigative Demands for the Younes' testimony in July 2025. Since the initial request, you have raised numerous arguments for the Younes' refusal to be interviewed or testify: first, you wanted discovery prior to their interviews; then, you wanted to make a blanket assertion of the 5th Amendment right against self-incrimination; then, you wanted to limit each witness to an hour of testimony; and then, you raised an advice of counsel defense. Now, you are arguing that the testimony from Mr. Simpson obviates the need for sworn testimony from the Younes. The Government disagrees that any of these arguments are a valid base to refuse to comply with the properly-issued Civil Investigative Demands to the Younes.

   b. The Government intends to take the Younes' testimony as scheduled on December 22 - 23, 2025. Please let us know by December 5, 2025 if your clients

GOVERNMENT EXHIBIT

V

will not appear for testimony on the scheduled dates. If your clients will not appear the Government reserves all rights as to how to proceed, including seeking to enforce the CIDs.

3. <u>Format and Scheduling of The Younes' Testimony:</u>
   a. A Civil Investigative Demand issued pursuant to 31 U.S.C. § 3733 compels recipients to provide sworn testimony.  The Government is not required offer CID recipients options with respect to the format of the testimony or explain why it seeks sworn testimony as opposed to a voluntary interview.  Nevertheless, the Government has been exceedingly accommodating to your requests related to this testimony.  The Government agreed to dates that fit your clients' schedules, despite the proximity to the holidays.  Although the Government is entitled to full days of testimony from each client, the Government agreed to attempt to take testimony from all three Younes within the span of two days. The Government has more than met any good faith obligations it owes CID recipients with respect to scheduling testimony.

4. <u>Mr. Forney's Testimony Pursuant to Civil Investigative Demand 25-943, and Production of Documents from Mr. Forney:</u>
   a. The Government does not see any argument in your November 26, 2025 letter as to why Mr. Forney is unable to appear for his testimony scheduled for December 19, 2025.  Please confirm no later than December 5, 2025, that Mr. Forney intends to testify as scheduled. Additionally, please produce Mr. Forney's documents regarding the waived privileged advice by December 5, 2025.

The Government is able to meet with you to discuss the testimony of your clients and the production deficiencies on the following dates and times (all times Central time):
- December 3: 9am – 3pm
- December 4: 9am – 12pm, 1pm -3pm
- December 5: 10:30am – 3pm.

Please advise what time works best for you and your team.

Sincerely,
Paige

**Paige Ammons |** Trial Attorney
Civil Fraud Section, U.S. Department of Justice
Office: (202) 307-0198 | Cell: (202) 436-6818
175 N St. NE, Washington, DC 20002



**From:** Mickelson, Heidi <hmickelson@fraserstryker.com>
**Sent:** Wednesday, November 26, 2025 1:53 PM
**To:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>; Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Cc:** Duffy, Michael <mduffy@FraserStryker.com>; White, Lindsey <lwhite@FraserStryker.com>; Baldridge, Alyssa <abaldridge@FraserStryker.com>
**Subject:** [EXTERNAL] RE: Younes

Ms. Ammons and Ms. Dendy-Sanders,

Please see attached correspondence from Mr. Duffy and I, in response to your email below. As noted in the letter, please confirm your availability for a meet and confer within 10 days of receipt of this email. Let me know if you have any trouble with the attachment.

Thank you, and have a good holiday weekend.

Sincerely,

**Heidi V. Mickelson**   she/her
Attorney

**DIRECT:** 402.978.5363

**EMAIL:** hmickelson@fraserstryker.com      Visit my bio



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Ammons, Paige P (CIV) <Paige.Ammons@usdoj.gov>
**Sent:** Friday, November 21, 2025 2:10 PM
**To:** Duffy, Michael <mduffy@FraserStryker.com>; Mickelson, Heidi <hmickelson@fraserstryker.com>
**Cc:** Dendy-Sanders, Shereece (USANE) <Shereece.Dendy-Sanders@usdoj.gov>
**Subject:** [EXTERNAL] Younes

Mr. Duffy and Ms. Mickelson,

We have a few logistical issues to raise with you:

- Mr. Forney testimony and production: We plan to start Mr. Forney's testimony at 9 am CST at the Omaha USAO on December 19.  Let us know if that start time presents any issues on your end.  Please provide any relevant documents, including Mr. Forney's billing records and invoices to the Younes, by December 5.

- Mr. Younes, Mrs. Younes, and Ms. Younes-Holz testimony and productions: We intend to take your clients' sworn, transcribed testimony at the Omaha USAO pursuant to CIDs 25-689, 25-690, and 25-691, rather than informal interviews as you have previously requested.  We will start at 9 am on December 22 with Mrs. Younes, and begin with Mr. Younes on the afternoon of December 22, continue with him at 9 am on December 23, and then start with Ms. Younes-Holz on December 23 upon completion of Mr. Younes' testimony.  Please provide the updated responses to CIDs 24-121, 24-122, and 24-123, as we discussed in a call on August 21, by December 5 as well.

Thanks,
Paige

**Paige Ammons** | Trial Attorney
Civil Fraud Section, U.S. Department of Justice
Office: (202) 307-0198 | Cell: (202) 436-6818
175 N St. NE, Washington, DC 20002

