AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  8:26-cv-00310 |
| PAUL YOUNES, LINDA YOUNES, AND MARGARITA YOUNES-HOLZA | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Margarita Younes-Holz
12 21st Avenue Place
Kearney, NE 68845

To be served upon Defendant's Attorney: Fraser Stryker PC LLO, Attn: Michael B. Duffy, 500 Energy Plaza, 409 South 17th Street, Omaha, NE 68102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    United States Attorney's Office
Attn: Shereece Dendy-Sanders
1620 Dodge Street, Suite 1400
Omaha, NE 68102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _7/1/2026_____                     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  8:26-cv-00310 |
| | ) |
| PAUL YOUNES, LINDA YOUNES, AND | ) |
| MARGARITA YOUNES-HOLZA | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Linda Younes
6 21st Avenue Place
Kearney, NE 68845

To be served upon Defendant's Attorney: Fraser Stryker PC LLO, Attn: Michael B. Duffy, 500 Energy Plaza, 409 South 17th Street, Omaha, NE 68102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    United States Attorney's Office
Attn: Shereece Dendy-Sanders
1620 Dodge Street, Suite 1400
Omaha, NE 68102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _7/1/2026_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.  8:26-cv-00310 |
| PAUL YOUNES, LINDA YOUNES, AND MARGARITA YOUNES-HOLZA | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Paul Younes
6 21st Avenue Place
Kearney, NE 68845

To be served upon Defendant's Attorney: Fraser Stryker PC LLO, Attn: Michael B. Duffy, 500 Energy Plaza, 409 South 17th Street, Omaha, NE 68102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    United States Attorney's Office
Attn: Shereece Dendy-Sanders
1620 Dodge Street, Suite 1400
Omaha, NE 68102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:  __7/1/2026_____

_____
*Signature of Clerk or Deputy Clerk*