IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:26-cv-00310 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE ON** |
| vs. | ) | **BEHALF OF DEFENDANTS** |
| | ) | **(HEIDI V. MICKELSON)** |
| PAUL YOUNES, LINDA YOUNES, and | ) | |
| MARGARITA YOUNES-HOLZ, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Heidi V. Mickelson of Fraser Stryker PC, LLO, and hereby enters her appearance on behalf of Defendants Paul Younes, Linda Younes, and Margarita Younes-Holz in the above-captioned matter. Counsel respectfully requests notice of all further proceedings herein.

DATED this 6th day of July, 2026.

PAUL YOUNES, LINDA YOUNES, and
MARGARITA YOUNES-HOLZ,
Defendants.


By:   */s/ Heidi V. Mickelson*
Heidi V. Mickelson, NE #28223
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
(402) 341-6000 (telephone)
(402) 341-8290 (facsimile)
hmickelson@fraserstryker.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record:

United States Attorney's Office
District of Nebraska, Civil Division
Shereece Dendy-Sanders
Paige Ammons
1620 Dodge Street, Suite 1400
Omaha, NE 68102
Shereece.Dendy-Sanders@usdoj.gov
Paige.Ammons@usdoj.gov

*/s/ Heidi V. Mickelson*
Heidi V. Mickelson, NE #28223

3591977

2