IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL YOUNES, LINDA YOUNES, and MARGARITA YOUNES-HOLZ,<br><br>Defendants. | Case No. 8:26-cv-00310<br><br>**DEFENDANTS' MOTION TO FILE INDEX OF EVIDENCE UNDER RESTRICTED ACCESS** |

COMES NOW Defendants Paul Younes, Linda Younes, and Margarita Younes-Holz (collectively, "Defendants"), and pursuant to Fed. R. Civ. P. 5.2(d), NECivR 5.3(c), and the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899 (Dec. 17, 2002) (codified at 5 U.S.C. §§ 3701-3707 and scattered sections) hereby move the Court for an Order permitting them to file with restricted access their Index of Evidence in support of their Motion to Dismiss and their Motion for Protective Order. In support of this Motion, Defendants show the Court as follows:

1. On July 1, 2026, Plaintiff United States of America ("United States") filed its Petition to Enforce Civil Investigative Demands 25-689, 25-690, and 25-691 ("Petition to Enforce"). (Filing No. 1).

2. On July 2, 2026, Defendants waived service of the summons. Such notice of the waiver of service was filed with this Court on July 6, 2026 (Filing Nos. 10, 11, 12).

3. Defendants intend to file two Motions with the Court in response to the United States' Petition to Enforce: A Motion to Dismiss and a Motion for Protective Order, as well as corresponding and supporting briefs. Each Motion relies on the same evidentiary material, which will be set forth in a single Index of Evidence for this Court's streamlined use.

4. The Index of Evidence will consist of the Affidavit of Michael B. Duffy, attorney for Defendants (the "Affidavit"). The Affidavit will contain several attachments, many of which are replete with information that should remain confidential. For example, the attachments will contain personal identifying information, addresses and contact information and individual financial information. Specifically, the attachments will include documents produced in this investigation that contain the Defendants' private financial information.

5. The confidential information contained in the attachments to the Affidavit are such that individualized redaction would be unduly burdensome because the sensitive information is pervasive and integral to the documents.

6. The disclosure of Defendants' confidential information by allowing public access would unnecessarily expose sensitive information to the public which would immediately and significantly harm Defendants because unrestricted access to such materials could facilitate misuse of the information. Restricting access to these documents to the parties only would protect legitimate privacy and security interests.

WHEREFORE, Defendants respectfully request an Order allowing it to file its Index of Evidence under restricted access (with such access limited to the parties and the Court), and for such other and further relief as the Court deems fair and just.

DATED this 31st day of August, 2026.

PAUL YOUNES, LINDA YOUNES, and
MARGARITA YOUNES-HOLZ,
Defendants.

By: */s/ Michael B. Duffy*

Michael B. Duffy, NE #27529
Heidi V. Mickelson, NE #28223
Isabella M. Washka, NE #28545
FRASER STRYKER PC LLO
1501 Mike Fahey Street
Suite 400
Omaha, NE 68102
(402) 341-6000 (telephone)
(402) 341-8290 (facsimile)
mduffy@fraserstryker.com
hmickelson@fraserstryker.com
iwashka@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record:

United States Attorney's Office
District of Nebraska, Civil Division
Shereece Dendy-Sanders
Paige Ammons
1620 Dodge Street, Suite 1400
Omaha, NE 68102
Shereece.Dendy-Sanders@usdoj.gov
Paige.Ammons@usdoj.gov

*/s/ Michael B. Duffy*
Michael B. Duffy, NE #27529

3613450