IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PAUL YOUNES, LINDA YOUNES, and MARGARITA YOUNES-HOLZ,

Defendants.

CIVIL ACTION NO. 26-310

**UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

The United States (the "United States") seeks a seven (7) day extension in which to respond to Defendants Paul Younes, Linda Younes, and Margarita Younes-Holz ("Defendants")' Brief in Opposition to Plaintiff's Petition for Summary Enforcement of Civil Investigative Demands 25-689, 25-690, and 25-691. (Doc # 21), to September 14, 2026. Defendants had not responded to the United States' request for consent to this Motion by the time of filing.

On July 1, 2026, the United States submitted a Petition for Summary Enforcement of Civil Investigative Demands 25-689, 25-690, and 25-691. (Doc # 1). On August 31, 2026, Defendants filed five documents:

- Doc # 17: Index of Evidence in Support of Defendants' Motion to Dismiss and Motion for Protective Order (Filed Under Seal)
- Doc # 18: Defendants' Motion for Protective Order and Request for Oral Argument ("Mot. for P.O.")
- Doc #19: Defendants' Brief in Support of Motion for Protective Order ('Brief ISO Mot. for P.O.")
- Doc # 20: Defendants' Motion to Dismiss Petition to Enforce or To Modify or Set Aside the Demand and Request for Oral Argument ("Mot. to Dismiss")
- Doc # 21: Defendants' Brief in Opposition to Plaintiff's Petition for Summary Enforcement of Civil Investigative Demands 25-689, 25-690, and 25-691. ("Brief ISO Mot. to Dismiss and in Opposition to Petition")

Doc # 20 is a one-page Motion to Dismiss in which "Defendants rely on their Opposition to Petition to Enforce [*i.e.*, Doc # 21] and Index of Evidence, which are filed contemporaneously with this Motion. Defendants hereby incorporate by reference the arguments, authorities, and evidence set forth therein." Motion at. 1

The Government's reply to Doc # 21 is due September 8; the Government's response to Doc # 20 is otherwise due September 21. If the extension request is granted, the United States would not only file its reply to Doc # 21 but also file its response to Doc # 20 on or before September 14, 2026. This would enable the United States to combine its arguments its response to both Doc # 20 and # 21, avoid repetition in the briefing, and streamline the briefing schedules for the Court, as the Government's responses to the other above-referenced filings are also due September 14, 2026. There is no prejudice to Defendants as the requested extension is short, and the extension will not delay resolution of the issues for Defendants, as the United States' responses to the other briefs would still be pending, even in the absence of the extension.

For the foregoing reasons, the United States requests that the Court grant its Motion for Extension of Time to file its Joint Opposition and Reply to September 14, 2026.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

LESLEY A. WOODS
United States Attorney
District of Nebraska

s /Shereece Dendy-Sanders
SHEREECE DENDY-SANDERS, #24638
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102

Telephone Number: (402) 661-3700
Fax Number: (402) 661-3081
Email: Shereece.dendy-sanders@usdoj.gov

Jamie A. Yavelberg
Patrick M. Klein
Margaret Paige Ammons (DC Bar #1001493)
Attorneys,
Civil Division, U.S. Department of Justice
P.O. Box 261
Washington, DC 20044
(202) 436-6818
Paige.Ammons@usdoj.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to NECivR 7.1(d)(3), I hereby certify that this Memorandum complies with the requirements of NECivR 7.1(d)(1). Relying on the word-count function of Microsoft Word for Office 365 MSO, this document contains 684 words. The word-count function was applied to all text, including the caption, heading, footnotes, and quotations.

s /Shereece Dendy-Sanders
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record:

Michael B. Duffy
Heidi V. Mickelson
Isabella M. Washka
FRASER STRYKER PC LLO
1501 Mike Fahey Street, Suite 400
Omaha, NE 68102

s/ Shereece Dendy-Sanders
Assistant United States Attorney